# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-19-00528-CV

**Breanna Vaclavik, Appellant**

**v.**

**Dan Di Addison, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 31, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.